UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OSCAR ENRIQUE NAVARRO GAVALO,<br><br>Petitioner(s),<br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondent(s). | CASE NO. C26-3486-KKE<br><br>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER |

Along with Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, he filed a motion for temporary restraining order ("TRO"). Dkt. Nos. 1, 2. Petitioner's TRO motion requests that the Court enjoin the Government from transferring him out of this district or removing him from the United States while his petition is pending. Dkt. No. 2. The Court subsequently issued a scheduling order, requiring (among other things) that the Government provide notice to Petitioner and the Court of any intent to transfer Petitioner from this judicial district or remove him from the United States while the petition is pending. Dkt. No. 4.

Parties seeking a TRO must show: (1) that they are likely to succeed on the merits, (2) that they are likely to suffer irreparable harm absent preliminary relief, (3) that the balance of equities tips in their favor, and (4) that an injunction serves the public interest. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).

The Court finds that Petitioner has not shown that he is entitled to the extraordinary relief requested because the Court's scheduling order provides adequate protection against imminent harm in the form of transfer or removal while his petition is pending. Accordingly, the Court DENIES Petitioner's motion and will proceed to consider the merits of the petition in due course. Dkt. No. 2.

Dated this 17th day of September, 2026.

Kymberly K. Evanson
United States District Judge